■ Sara Kinberg, Appellant, v Ira E. Garr et al., Respondents. [811 NYS2d 568]—

Order, Supreme Court, Bronx County (Alan J. Saks, J.), entered March 8, 2004, which granted defendants' motion for

renewal and dismissed this legal malpractice action, unanimously affirmed, with costs.

Plaintiff's adverse determination in defendants' prior action to recover fees for the rendering of professional services precludes a finding of malpractice with regard to the same services (*see Ahearn v Arvan*, 2 AD3d 469 [2003]; *Chisholm-Ryder Co. v Sommer & Sommer*, 78 AD2d 143 [1980]), as such determination "implicitly finds that there was no malpractice" (*Koppelman v Liddle, O'Connor, Finkelstein & Robinson*, 246 AD2d 365, 366 [1998]).

We have considered plaintiff's remaining arguments and find them without merit. Concur—Sullivan, J.P., Nardelli, Williams, Sweeny and McGuire, JJ.